UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MORGAN STANLEY CAPITAL GROUP INC.,

       Plaintiff,

  -v-                                                    No.  12 Civ. 0112 (LTS)

SWIFT REFINING CO., LLC,

       Defendant.                               ORDER

-------------------------------------------------------x

       This matter having been commenced by the filing of a complaint on January 6, 2012, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment must be served on the defendant and must be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that plaintiff must serve a copy of this Order on defendant and file proof of such service within fourteen (14) days from the date hereof.

Dated:  New York, New York
       June 11, 2012

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

DEFPROVE.FRM     Version 12/4/09